```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


TED BOYD                                              PLAINTIFF

VS.                      CIVIL ACTION NO. 5:06-cv-128(DCB)(JMR)

ALLIANCE IMAGING, INC.;
WILLIAM E. PRYOR;
PENSKE TRUCK LEASING CO., L.P.;
JOHN DOE 1-2; AND XYZ CORPORATION                    DEFENDANTS
```

## ORDER OF REMAND

This cause having come before the Court on the plaintiff Ted Boyd's motion to remand, and the Court having granted the motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this cause is remanded to the Circuit Court of Adams County, Mississippi.

SO ORDERED, this the  13th  day of August, 2007.


                                   s/David Bramlette
                              UNITED STATES DISTRICT JUDGE